**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| APRIL J. MICHLES, | CASE No. EDCV 19-00943-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: February 16, 2021

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE